UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                        Case No. 6:24-cv-1111-PGB-DCI

**FOOD PRODUCTS CONTAINING DELTA-8 THC IDENTIFIED IN PARAGRAPH ONE OF THE VERIFIED COMPLAINT,**

      **Defendant.**

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
|---|---|---|---|
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Jennifer Harrington |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | |
| **DATE/TIME:** | July 31, 2024 10:30 A.M. – 10:42 A.M. | | |
| **TOTAL TIME:** | 12 minutes | | |

**CLERK'S MINUTES**
**Status Conference**

Case called; appearances taken; procedural setting by the Court.
Court asks government to identify key differences in the amended complaint filed.
Government directed to file a notice regarding whether the product is or is not labeled as a dietary supplement.
Court adjourned.