# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**FOOD PRODUCTS CONTAINING DELTA-8 THC IDENTIFIED IN PARAGRAPH ONE OF THE VERIFIED COMPLAINT,**

    Defendants.

Case No. 6:24-cv-1111-PGB-DCI

## UNITED STATES' NOTICE OF VOLUNTARY DISMISSAL

The United States of America hereby gives notice of its voluntary dismissal of the above-entitled action.[1] No claim, answer, or motion for summary judgment has been served. A voluntary dismissal is therefore available as a matter of right, without a court order. *See* Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(B), this dismissal is without prejudice.

---

[1] On August 1, 2024, the United States was informed that the location from which the United States sought to seize the Defendant Food Products has been vacated as the result of an apparent eviction of Top Private Label Company from the facility.

1

The Clerk of the Court is requested to enter this dismissal in the records of the court.

Dated: August 2, 2024.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney